## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on November 29, 2003, while exercising my duties as a law enforcement officer in the District of Southern California. While patrolling the ISDRA along Garbage Flats at approximately 10 30 PM, I observed a vehicle in which the driver was not wearing a seatbelt as required by 43 CFR. I stopped the vehicle and contacted the occupants

During the course of the contact I asked the occupants if there was any marijuana in the vehicle. The driver admitted that there was and produced a small amount of marijuana and pipe from the glove compartment of the vehicle, but maintained that it did not belong to him. One of the passengers, Jason WEAVER, admitted to ownership immediately thereafter

WEAVER was issued violation notices for 43 CFR 8365 1-4(b)(2), Possession of a Controlled Substance (Marijuana)

The foregoing statement is based upon
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of the violation notice is true and correct to the best of my knowledge

Executed on 11/30/03

Probable cause has been stated for the issuance of a warrant
Executed on 7-29-05      U S Magistrate Judge

---

05-3221/PHX
DOA:
7/29/05

---

**U.S. Bureau of Land Management**
**United States District Court**
**Violation Notice**

Loc Code: OS40
Violation No: L 034461
Print Officer Name: T. Coley
Officer No: R140

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 11/29/03 2030
Offense Charged: 43 CFR 8365.1-4(b)(2)
Place of Offense: Garbage Flats, ISDRA
Offense Description: Possession of marijuana

Defendant's Last Name: WEAVER   First Name: Jason   MI: C
Street Address: [redacted]
City: Scottsdale   State: AZ   Zip Code: 85057
Driver's License No: [redacted]   D.L. State: AZ   Date of Birth: [redacted]   Social Security No: [redacted]

**VEHICLE DESCRIPTION**
Vehicle Tag No: DL-26Y2   Vehicle Tag State: AZ   Year: 03   Vehicle Make: Ford   Vehicle Color: BLK

A ☐ YOU MUST APPEAR IN COURT  See Instructions
B ☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS  See Instructions.

___ I wish to terminate this matter by paying the collateral shown below, enclosed
___ I plead not guilty and promise to appear as required

YOUR COURT DATE
Court Address

Collateral (fine): $500.00
For payment by credit card, See Instructions

**PROMISE TO APPEAR**
My signature below signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for trial at the time and place specified on the violation notice or any other date set by the court.

(Signature of Defendant)
Original - CVB Copy                                BLM Form 9280-9 (September 1997)

Re Notice
AKP
7/14/04

Bench warrant
8/11/04

SCANNED
E-FILED